

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause number:      01-18-01011-CV

Style:      Eduardo Nonoalsi Bravo v. Parkhollow Place Property Owners

Date motions filed*:      June 6, 2019

Type of motions:      Letter-Motion for Extension of Time to File Motion for Extension

of Time to File Notice of Appeal with Extension of Time to File NOA

Party filing motions:      Pro se appellant Eduardo Nonoalsi Bravo

Document to be filed:      Appellant's Brief

If motion to extend time:

     Original due dates:      9/13/18 (NOA deadline); 5/24/19 (extension)

     Number of extensions granted:      0   Current Due Dates: 6/10/19 (15-day grace period for extension)

     Dates Requested:      9/25/18 (NOA filing date); 6/6/19 (extension)

Ordered that motions are:

     ☑ Granted

         If document is to be filed, document due: July 11, 2019.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _Appellant's letter-motion for an extension, construed as the implied motion for extension of time to file his notice of appeal, is **granted** because his notice of appeal was filed on September 25, 2018, within the 15-day grace period ending on September 28, 2018, and his motion provides a reasonable explanation for the 12-day delay. *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); *Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003). To the extent that appellant's letter-motion itself also includes an extension to file this motion, that extension is also **granted** because it was filed on June 6, 2019, within 15 days of the May 24, 2019 deadline set by this Court's May 14, 2019 Order. Accordingly, the Court **orders** appellant to file appellant's brief on the merits, that complies with Rule 38.1, by **July 11, 2019**. *See* TEX. R. APP. P. 2, 38.1, 38.6(d).

Judge's signature: _/s/ Laura C. Higley_____

         x Acting individually      ☐ Acting for the Court

Date: ___June 11, 2019____